UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| WILLIE COX, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:03-CV-911 RM |
| | ) | |
| CATHY ARNOLD, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On February 17, 2006, this matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) to conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for the disposition of Plaintiff's complaint.  In order to assist this Court with the scheduling of and preparation for an evidentiary hearing, on March 21, 2006, this Court ordered the parties to file written status reports by April 21, 2006.  Defendant filed a status report, but Plaintiff did not.  Consequently, on April 28, 2006, this Court issued an order to show cause directing Plaintiff to show cause for his failure to comply with this Court's order and why his case should not be dismissed for failure to prosecute his claim.  As of this date, Plaintiff has still not responded to this Court's initial order or the order to show cause, despite this Court's warning pursuant to Timms v. Frank, 953 F.2d 281, 285-86 (7th Cir. 1992) and Lewis v. Faulkner, 689 F.2d 100 (7th Cir. 1982), that failure to do so may result in a dismissal of his case.

Under Fed. R. Civ. P. 41, a plaintiff's case may be dismissed for his failure to prosecute his claim or to comply with court orders.  Plaintiff has failed to comply with two court orders, and has provided no written documentation explaining his inaction.  In addition, the docket sheet

reveals that this Court's latest attempts to send orders to Plaintiff have been futile.  It is Plaintiff's responsibility to provide current contact information so that this Court may communicate with Plaintiff.  Because Plaintiff has not provided current contact information, this Court can only assume that Plaintiff has abandoned his case.  Consequently, for the aforementioned reasons, this Court **RECOMMENDS** that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE**.

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations.  Fed.R.Civ.P. 72(b).  FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 26th Day of May, 2006.

> s/Christopher A. Nuechterlein
> Christopher A. Nuechterlein
> United States Magistrate Judge

cc:     Cox #984798