UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WILLIE COX, JR. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:03-CV-911RM |
| ) | |
| CATHY ARNOLD, ) | |
| ) | |
| Defendants ) | |

O R D E R

No objection having been made to the United States Magistrate Judge's May 26, 2006 report and recommendation, the court now ADOPTS the report and recommendation and DISMISSES this case WITHOUT PREJUDICE.

SO ORDERED.

ENTERED:  June 26, 2006

　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court